UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANEL MOORE,

        Plaintiff,

v.

Case No. 10-13037

HONORABLE AVERN COHN

JEFFREY WEBER, MICHAEL OLCESE
and WEBER & OLCESE, PLC,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of defendants Jeffrey Weber, Michael Olcese and Weber & Olcese, PLC and against the plaintiff.

DAVID WEAVER

Dated: August 16, 2011        By: s/Julie Owens
                                             Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 16, 2011, by electronic and/or ordinary mail.

                                                S/Julie Owens
                                               Case Manager, (313) 234-5160